8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southe...

AUG    ...

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| FRANCISCO JUAREZ AND<br>GREGORIO JUAREZ, INDIVIDUALLY,<br>AS SURVIVING PARENTS AND<br>AS NEXT FRIEND OF NATIVIDAD<br>JUAREZ, A MINOR CHILD AND<br>AS REPRESENTATIVES OF THE<br>ESTATES OF ROSA JUAREZ,<br>DECEASED; AND SOTERO VILLAMAR<br>AND ANSELMA VILLAMAR,<br>INDIVIDUALLY AND AS THE<br>SURVIVING PARENTS AND<br>AS REPRESENTATIVES OF THE<br>ESTATE OF HILDA VILLAMAR,<br>DECEASED, | § § § § § § § § § § § § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. B-98-056 |
| UNION PACIFIC RAILROAD COMPANY<br>and NATIONAL RAILROAD PASSENGER<br>CORPORATION (AMTRAK), | § § § § | JURY DEMANDED |
| Defendants. | § § | |

##  ORDER

On this day came on to be heard Defendants' Motion to Transfer and the Court

having reviewed the pleadings on file herein and having heard argument of counsel, is of

the opinion that the above-referenced cause should be transferred.

It is, therefore, ORDERED that this cause shall be transferred to the United States

District Court for the Southern District of Texas, Houston Division.

SIGNED on this, the 4TH day of AUGUST, 1998.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE